1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

Plaintiff,

v.

PETER NGUYEN,

Defendant.

Case No. CR04-257-MJP

**DETENTION ORDER**

Offenses charged:

Conspiracy to Distribute Marijuana and Conspiracy to Import Marijuana.

Date of Detention Hearing:  March 15, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

and based upon the factual findings and statement of reasons for detention hereafter set forth,

finds that no condition or combination of conditions which the defendant can meet will

reasonably assure the appearance of the defendant as required and the safety of any other person

and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

After defendant was released in 2004 on an appearance bond, he failed to appear for his

arraignment.  The Court therefore revokes the 2004 appearance bond.  The Court received no

information about defendant's ties to the community, employment and health, and defendant did not contest detention.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of March, 2012.


_____
BRIAN A. TSUCHIDA
United States Magistrate Judge